UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **SARAH MARIE SHARP ALFORD, ET AL.** | **CIV. ACTION NO. 3:21-00580** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JEFFERY DYKE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the motion to remand [doc. # 11] filed by Plaintiffs Sarah Marie Sharp Alford, et al., is hereby GRANTED, and that the above-captioned cause be, and it is hereby remanded to the Third Judicial District Court for the Parish of Union, State of Louisiana. 28 U.S.C. § 1447(c).

IT IS FURTHER ORDERED that plaintiffs' request for costs, fees, and/or expenses is DENIED.

IT IS FURTHER ORDERED that the motion to dismiss [doc. # 3] filed by Defendant, State of Louisiana, through the Department of Transportation and Development, is DENIED.

MONROE, LOUISIANA, this 25th day of May 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE